IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY LINDELL BURNS, JR., | No. 4:23-CV-01158 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| SUPERINTENDENT HAINSWORTH, | |
| Respondent. | |

## ORDER

**AND NOW**, this 6th day of August 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Gregory Lindell Burns, Jr.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Burns has not made a substantial showing of the denial of a constitutional right, s*ee* 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural rulings are correct, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge